﻿Citation Nr: 19172629
Decision Date: 09/18/19 Archive Date: 09/18/19

DOCKET NO. 17-32 790
DATE: September 18, 2019

ORDER

A compensable rating for erectile dysfunction is denied.

FINDING OF FACT

The Veteran’s erectile dysfunction is not shown to have caused a penile deformity either interiorly or exteriorly.

CONCLUSION OF LAW

The criteria for a compensable rating for erectile dysfunction have not been met. 38 U.S.C. § 1155; 38 C.F.R. §§ 4.1, 4.2, 4.7, 4.115a, 4.115b, Diagnostic Code 7525.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran honorably served from October 1968 to April 1972. In a September 2007 rating decision, the Regional Office granted service connected for his noncompensable ED as secondary to his diabetes mellitus and awarded a special monthly compensation for a loss of use of a creative organ, effectuated from November 2006, the date of his claim. In April 2008, the Veteran sought a separate compensable rating for his ED, which was denied. Of note, his substantive appeal (VA From 9 received in September 2009) reflects his contention that he has a penile deformity. In June 2017, the Veteran perfected his appeal to the Board. 

The Veteran is seeking a compensable rating for his ED, contending that he has a penile deformity. In sum, the Veteran explains that he had severe curvature of his penis when he still could gain an erection, then completely lost erectile power approximately five years ago, and since then experienced significant reduction in size of his penis. He argued that his private doctor, Dr. Jacob, had indicated that he had a penile deformity due to the curvature. He also believed that such had been documented in his VA treatment records. Unfortunately, while records were sought from Dr. Jacob, none of the records described a penile deformity. Likewise, the VA treatment records that have been obtained do not describe a penile deformity.

The rating schedule provides three codes for penile impairment. Removal of half or more of the penis is rated as 30 percent disabling, or is to be rated based on voiding dysfunction. 38 C.F.R. § 4.115b, Diagnostic Code 7520. Removal of the glans of the penis is rated as 20 percent disabling, or is to be rated based on voiding dysfunction. 38 C.F.R. § 4.115b, Diagnostic Code 7521. Deformity of the penis with loss of erectile power is rated as 20 percent disabling. 38 C.F.R. § 4.115b, Code 7522. In every instance where the schedule does not provide a zero percent evaluation for a Diagnostic Code, a zero percent evaluation shall be assigned when the requirements for a compensable evaluation are not met. 38 C.F.R. § 4.31.

There is no schedular rating for loss of erectile power alone. Although DC 7522 requires a “deformity” for a compensable rating, VA has not expressly defined this term, but the Court of Appeals for Veterans Claims (Court) has found that the ordinary meaning of this word is appropriate, noting that a “deformity” is a “distortion of any part or general disfigurement of the body.” DORLAND’S ILLUSTRATED MEDICAL DICTIONARY 478 (32d ed. 2012). The Court has held that “deformity” under DC 7522 means a distortion of the penis, either internal or external. 38 C.F.R. § 4.115 (b), Diagnostic Code 7522. See Williams v. Wilkie, 30 Vet. App. 134 (2018).

As noted, the treatment records do not describe any penile deformity. The Veteran was provided with VA examinations in January and November 2016, but neither revealed any penile deformity, and the Veteran specifically declined a physical examination of his penis at the November examination, reporting that he had a normal anatomy with no penile deformity or abnormality. 

The Board acknowledges that erectile dysfunction is a sensitive subject, but VA regulations require the showing of penile deformity for a compensable rating beyond the special monthly compensation that the Veteran is currently receiving. The Veteran was provided with a VA examination, but he declined a physical examination of his penis and indicated that his anatomy was normal.

Accordingly, the medical evidence of record does not establish penile deformity. While the Veteran has argued that he did have a penile deformity in the past, he has also reported normal anatomy at his VA examination. As such, his statements alone are found to be inconsistent and therefore are not found to establish a penile deformity.

Accordingly, a compensable rating for erectile dysfunction is denied.

 

MATTHEW W. BLACKWELDER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board A. Bardin, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.